■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MELFI, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated August 27, 1964, which denied without a hearing his application to vacate a judgment of the former County Court, Kings County, rendered December 1, 1953 after a jury trial, convicting him of forgery in the second degree and petit larceny, and imposing sentence. Order affirmed. We have not reached or determined any questions raised by defendant's present contention on this appeal that his assigned counsel at sentencing promised to file a notice of appeal, since that contention

was not made in the court below. It may be noted, however, that even if such a promise had been made and thereafter breached, it would not be sufficient ground to vacate the judgment (*People* v. *Marchese,* 14 N Y 2d 695, affg. 19 A D 2d 728; *People* v. *Kling,* 14 N Y 2d 571, affg. 19 A D 2d 750). Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.